# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Daniel Heggins,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:22-cv-00192-MOC |
| | ) | 3:15-cr-00127-MOC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2022 Order.

May 26, 2022

Frank G. Johns, Clerk
United States District Court